FORSTER W. FREEMAN, SR., PLAINTIFF-RESPONDENT, v. THE COUNTY OF PASSAIC, A MUNICIPAL CORPORATION, DEFENDANT-APPELLANT.

Submitted May 27, 1938—Decided September 16, 1938.

For the defendant-appellant, *Harry L. Schoen.*

For the plaintiff-respondent, *Archibald Krieger.*

PER CURIAM.

The judgment in this case is reversed for the reasons stated by Mr. Justice Case in *Vander Burgh* v. *County of Bergen,* 120 *N. J. L.* 444.

*For affirmance*—None.

*For reversal*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, WALKER, JJ. 16.